

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| v. | **INFORMATION** |
| RONALD P. BEDRA, | 18 U.S.C. § 371 |
| Defendant. | 18 U.S.C. § 48(a)(3) |

THE UNITED STATES ATTORNEY'S OFFICE AND THE UNITED STATES DEPARTMENT OF JUSTICE, ENVIRONMENT AND NATURAL RESOURCES DIVISION, CHARGE:

## INTRODUCTORY ALLEGATIONS

At all times relevant to this Information:

### Legal Background

1. The term "animal crushing" meant actual conduct in which one or more living-non-human mammals were purposely crushed, burned, drowned, suffocated, impaled, or otherwise subjected to serious bodily injury. 18 U.S.C. § 48(f)(1).

2. The term "serious bodily injury" meant injuries which involved a substantial risk of death; extreme physical pain; protracted or obvious disfigurement; and protracted loss or impairment of the function of a bodily member or organ. 18 U.S.C. § 48(f)(1) (*citing* 18 U.S.C. § 1365).

3. Instances of sexual abuse by force and sexual abuse in which the victim was not physically capable of declining participation were also included within the definition of animal crushing. 18 U.S.C. § 48(f)(1) (*citing* 18 U.S.C. §§ 2241, 2242).

4. The term "animal crush video" meant any photograph, motion-picture film, video or digital recording, or electronic image that depicted animal crushing and was obscene. 18 U.S.C. § 48(f)(2)(A)-(B).

5. It was unlawful for any person to knowingly sell, market, advertise, exchange, or distribute an animal crush video in, or using a means or facility of, interstate or foreign commerce. 18 U.S.C. § 48(a)(3).

6. It was unlawful for any person to knowingly create an animal crush video if the person intended or had reason to know that the animal crush video would be distributed in, or using a means or facility of, interstate or foreign commerce; or where the animal crush video was distributed in, or using a means or facility of, interstate or foreign commerce. 18 U.S.C. § 48(a)(2).

**Factual Background and Relevant Parties**

7. RONALD P. BEDRA was a resident of Ohio, residing in Etna, Ohio.

8. From at least June 2021 until approximately March 23, 2022, BEDRA belonged to an association of people who watched and discussed videos of monkeys being tortured and abused. These people congregated online using various platforms.

9. One such group of people utilized a private bulletin board known as "Million Tears." Million Tears was an online meeting place on which members shared and discussed videos of monkeys being beaten, cut, burned, mutilated, and sexually abused.

10. BEDRA, under the screenname "DemonSwordSoulCrusher," was the moderator of the Million Tears bulletin board and vetted prospective members.

11. It was the practice of some members of Million Tears to send money to individuals in Indonesia (known as "videographers" or "VOs") to commission the creation of bespoke videos. The requester would send instructions with the specific acts of crushing the requester wished to see. The videographer would then obtain a monkey, often using funds sent from the United States by a Million Tears member, and subject the animal to the acts requested while filming. The videographer would then distribute the resulting video electronically to the requester using email, phone-based messaging programs, and/or online storage platforms.

12. The requester would then distribute the commissioned videos to other Million Tears members using the Million Tears bulletin board itself or by mail, email, phone-based messaging programs, and/or online storage platforms.

13. In addition to Million Tears, BEDRA was a member of similar online groups that were also dedicated to collecting and sharing monkey crush videos.

14. At various points in time, the groups in question would be suspended or otherwise removed from the online platforms due to the content they were distributing. Following multiple such occurrences, BEDRA and others created a new subgroup (called "The Last of the Last Stands") using a secure messaging platform to communicate with each other and to organize the funding, sharing, and distribution of monkey crush videos. The group had five members: BEDRA, Co-Conspirator ("CC") 1, CC3, CC4, and CC5. BEDRA also had a private chat with another individual, CC2.

15. CC1, CC2, CC3, CC4, and CC5 all resided outside of Ohio.

## COUNT 1
## Conspiracy to Create and Distribute Animal Crush Videos
## 18 U.S.C. § 371

16. Paragraphs 1 through 15 of this Information are hereby realleged and incorporated by reference as if fully set forth herein.

17. Between on or about October 9, 2021, and March 12, 2022, defendant RONALD P. BEDRA, along with others known and unknown to the United States, did knowingly and willfully conspire and agree with each other and others to violate 18 U.S.C. §§ 48(a)(2) (creation of animal crush videos) and 48(a)(3) (distribution of animal crush videos).

**Manners and Means**

18. Among the manners and means employed by RONALD P. BEDRA and his co-conspirators to carry out the conspiracy and effect its unlawful objects were:

   a. To use phone-based messaging programs to discuss the financing and creation of animal crush videos;

   b. To use phone-based messaging programs and other electronic means to contact and solicit individuals living overseas ("videographers") willing to film themselves carrying out specified violent, obscene acts against monkeys in exchange for payment;

   c. To use third-party payment providers to pool money and pay videographers in exchange for subjecting monkeys to the specified acts of crushing, creating a video recording of those acts of crushing, and distributing the resultant video in interstate and foreign commerce; and

   d. To use phone-based messaging programs and other electronic means to distribute the animal crush videos among the members of the conspiracy.

4

## Overt Acts

19. In furtherance of the conspiracy and in order to effect its objectives, RONALD P. BEDRA and his co-conspirators committed and caused to be committed the following overt acts in the Southern District of Ohio and elsewhere, the dates stated being approximate:

**Overt Act 1.** In October 2021, BEDRA's co-conspirator, CC2, informed BEDRA through an electronic message that she had established contact with a new videographer in Indonesia who was willing to create monkey torture videos.

**Overt Act 2.** On or about October 16, 2021, BEDRA and CC2 discussed ideas for a new crush video. CC2 solicited BEDRA for his request.

**Overt Act 3.** On or about October 16, 2021, BEDRA informed CC2 "burning hot screwdriver up the butt is my request," and added "[b]urning hot screwdriver deep into asshole. Spin monkey on it."

**Overt Act 4.** On or about October 16, 2021, CC2 instructed BEDRA to send $20 to CC4 using a third-party payment program. BEDRA sent the money from the Southern District of Ohio.

**Overt Act 5.** On or about October 16, 2021, CC4 sent a payment of $40 from the United States to the videographer in Indonesia using a third-party payment program.

**Overt Act 6.** On or about October 16, 2021, CC2 sent instructions to the videographer asking him to create a video in which the videographer inserted a heated screwdriver into the anus of a monkey.

**Overt Act 7.** On or about October 17, 2021, the videographer created and sent the video from Indonesia to CC2 in the United States using a phone-based messaging program. The video showed a person heating a screwdriver and touching the screwdriver to a monkey's anus.

**Overt Act 8.** On or about October 17, 2021, CC2 distributed this animal crush video to BEDRA using a phone-based messaging program.

**Overt Act 9.** In February 2022, CC2 and BEDRA again discussed obtaining a video in which a flame-heated screwdriver was actually inserted into a monkey's anus.

**Overt Act 10.** On or about February 16, 2022, CC2 messaged the videographer and asked him to create a new video in which a screwdriver was heated and actually inserted into a monkey's anus.

**Overt Act 11.** On or about March 11, 2022, the videographer created a video of a heated screwdriver being inserted into a monkey's anus and sent that video from Indonesia to CC2 in the United States using a phone-based messaging program.

**Overt Act 12.** On or about March 11, 2022, CC2 received the video of a heated screwdriver being inserted into a monkey's anus and distributed it using an online messaging application to BEDRA in the Southern District of Ohio.

**Overt Act 13.** On or about March 19, 2022, CC2 distributed the "screwdriver video" to other co-conspirators by posting it in an online message group known as "Slicey's Tail" that included BEDRA and others.

All in violation of 18 U.S.C. § 371.

## COUNT 2
## Distribution of Animal Crush Videos
## 18 U.S.C. § 48(a)(3)

20. Paragraphs 1 through 15 of this Information are hereby realleged and incorporated by reference as if fully set forth herein.

21. On or about August 25, 2021, RONALD P. BEDRA knowingly exchanged and distributed an animal crush video using a means and facility of interstate commerce, specifically, he mailed a USB drive containing at least five animal crush videos from the Southern District of Ohio to Wisconsin.

All in violation of 18 U.S.C. § 48(a)(3).

                                                KENNETH L. PARKER
                                                UNITED STATES ATTORNEY

                                                TODD KIM
                                                ASSISTANT ATTORNEY GENERAL
                                                Environment and Natural Resources Division
                                                U.S. Department of Justice

*s/Adam C. Cullman*

ADAM C. CULLMAN (KY #93912)
Special Assistant United States Attorney &
Sr. Trial Attorney, Environmental Crimes
Section Environment and Natural Resources
Division 221 E. 4th St. Ste. 400
Cincinnati, OH 45202
adam.cullman@usdoj.gov

*s/Mark Romley*

MARK ROMLEY (CA #240655)
Trial Attorney
Environmental Crimes Section
Environment and Natural Resources Division
999 18th St., Suite 370 South Terrace
Denver, CO 80202
mark.romley@usdoj.gov

NICOLE PAKIZ (0096242)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, OH 43215
Phone: 614-469-5715
nicole.pakiz@usdoj.gov

8