# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**
       **Plaintiff,**

    v.                                    **Case Number 2:24-cr-48**
                                            **Judge Edmund A. Sargus, Jr.**

**RONALD P. BEDRA**
       **Defendant.**

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date and time set forth below:

Place:      United States District Court
              Joseph P. Kinneary U.S. Courthouse     Courtroom Number 311
             85 Marconi Boulevard                       **April 16, 2024 at 1:30 p.m.**
             Columbus, Ohio 43215

TYPE OF PROCEEDING: **Arraignment on Information**

If the Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

                                                       **EDMUND A. SARGUS, JR.**
                                                       **UNITED STATES DISTRICT JUDGE**

DATE:   April 9, 2024

                                                        /s /   Christin M. Werner
                                                      (By) Christin M. Werner, Deputy Clerk