UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                Case Number 2:24-cr-48
                                                Judge Edmund A. Sargus, Jr.

RONALD P. BEDRA,
    Defendant.

# Arraignment on Information
# April 16, 2024
# before Judge Edmund A. Sargus, Jr.

For Plaintiff: Nicole Pakiz
For Defendant: Steven Nolder
Court Reporter: Crystal Hatchett
Courtroom Deputy: Christin Werner


The defendant entered a plea of guilty to counts 1 and 2 of the Information.
Waiver of Indictment signed.
PSI Ordered.