# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 24-CR-48** |
| Plaintiff, | **JUDGE SARGUS** |
| v. | **ORDER TO UNSEAL** |
| **RONALD P. BEDRA,** | |
| Defendant. | |

The Court, having considered the Government's request to Unseal in the above-captioned case, and for good cause shown, hereby ORDERS that the above-captioned case, and all filings in this matter, are hereby unsealed.

ORDERED this 13th day of May, 2024.

s/Edmund A. Sargus, Jr.
HONORABLE EDMUND A. SARGUS
UNITED STATES DISTRICT JUDGE