**GROUP EXHIBIT A**

September 19, 2024

The Honorable Edmund A. Sargus, Jr.
U.S. District Court
Southern District of Ohio

    Re:    <u>United States v. Ronald P. Bedra</u>

Your Honor:

    I am the mother of Ronald Paul Bedra. I am writing to ask you to consider what I have to say when sentencing my son.

    I can tell you that he would never personally commit the acts he is accused of committing. I believe with all my heart that he was undergoing some mental crisis when he decided to create the website. He was always my tender-hearted, loving, kind son who never physically hurt any person or animal. He loved all of our pets and insisted upon holding a funeral upon the death of each pet (even fish!) He was popular in high school with students and teachers. He was vice-president of his class each year, and active in band and drama.

    I lived in Toledo when my son married and lived in Columbus. I did not see them except for holidays and birthdays. I suspected, as did my husband and his children, that his wife was the dominant one and that he did all the child care-taking and housekeeping duties. No one said anything of course, and I did not believe in interfering in a marriage. I learned this recently when he told me that he had been verbally abused by his wife during their marriage. He put up with it because of his wedding vows.

    My son has lost everything because of his actions. He gave up his teaching job voluntarily so as not to embarrass the school district. His wife divorced him and has now moved his children and my grandchildren to Rochester, Minnesota. Our hearts are broken with them gone. He lost his home, and now lives with me. He has no money, but still owes around $80,000 in student loans.

    I worked hard to support and raise my two sons after my own divorce when their father left when they were 9 and 5 years old. I worked for the U.S. District Court in Toledo as a courtroom deputy and then as secretary to the Hon. Don J. Young. I left that prestigious job upon complications with the birth of my second son. After my divorce I worked for and retired from the U.S. Attorney's Office in Toledo. I worked for the federal government for 37 years. I tried, and believe I succeeded, in instilling in my sons to be good Christians, to respect their elders, to have proper manners, and to follow the golden rule of treating others as they would want to be treated.

    I respectfully ask that you believe me when I tell you that Ronald is a very, very good person. Like I said, I believe he was undergoing some mental distress and must have been seeking some control when he did what he plead to. I ask that you show some leniency upon sentencing.

                                                                           Sincerely,

                                                                     *Lorraine Riston*

# GROUP EXHIBIT A

The Honorable Edmund A.Sargus, Jr.

Re: United States v. Ronald P. Bedra

Your Honor,

     I am writing on behalf of my brother. He has always been the responsible one growing up. Never in trouble, great in school, and successful. These qualities were obtained with the guidance of our parents guidance morals and values yet, we grew up with difficulties like any other middle class family. He has always seemed to be on the right path, graduated with honors, college scholarship, obtained his master's degree, wife, kids and a home, Living the dream so to speak.

     I have been in trouble quite a bit in my life, not that I have not changed but due to my longer duration or success in comparison to my brother, he has been a role model. I now Work at Nasa and I am on the ML2 Mars colonization project. I wouldn't be where I'm at now if it wasn't for my parent's belief in me and my brothers positive influence, guidance, advice and different perspectives that helped get me through my personal challenges.  I have always owned up to my mistakes and I agree strongly for penance to be paid for wrong doings. I whole heartedly disagree with this potential outcome. The loss of his career, wife and children are far more than equal punishment with a mistake of not thinking and trusting others to post legally on a website he created. Not with malice intentions, but with gullible trust derived from deprivation of normality, stress, and other negative outcomes from covid. I believe there was a partial mental breakdown, and time has certainly been served.

     I want this letter to be helpful and bring insight on my brother's character. He is a very soft-hearted man, and his world has been crushed from the mistake of a website that attracted some very cruel people. Thank you for taking the time to read this letter. And my God speak to you in the right decision.

    God Bless,

    Jonathan Bedra

GROUP EXHIBIT A

Elizabeth Ervin-Bedra
5000 Easy Street
Newport, MI 48166

October 1, 2024

Judge Edmund A. Sargus, Jr.
c/o Steven S. Nolder
Attorney at Law
65 East State Street, Suite 200
Columbus, Ohio 43215

Re: Ronald Paul Bedra

Dear Honorable Judge Sargus,

My name is Elizabeth Ervin-Bedra and I am the stepmother of Ronald Paul Bedra. I have known Ronnie since 1992 when his father and I were married. I have watched him grow from a child into a man. I was surprised to hear of the charges against Ronnie. I understand that he has since been cooperating with the authorities and has been in personal behavior health counseling.

I can attest to the fact that Ronnie has continuously provided for his family, always maintaining at least one job. Even when he recently resigned from Columbus Schools, he quickly obtained another job with an Amazon contracted delivery service to be able to continue to provide for his sons. Ronnie is a dedicated, involved and attentive dad. I have witnessed this when visiting with them, going on vacations together, and through phone calls. He speaks of his son interests and activities often. He has been involved with his faith community at Discovery Church in Gahanna, Ohio. My husband and I have attended services there over the years with his family.

I am confident by his taking responsibility for his actions and learning from his mistakes he will continue to make the personal changes necessary to become the best version of himself. Thank you for your time and consideration.

Sincerely,

Elizabeth Ervin Bedra

# GROUP EXHIBIT A

October 1, 2024

**Honorable Edmund A. Sargus Jr.**

Re: United States of America vs. Ronald Paul Bedra, Character Reference Letter.

I am the father of Ronald P. Bedra and respectfully submit this Character Reference Letter of two pages for your review.

We were a family living together until my wife and I divorced in 1992 This was devasting to him and it took long time for him to get over it. After that time period I saw him every other weekend, special occasions, vacation in the summer, and school events.
During his growing up he always had a pet either at his home with his mother or my house which was usually 2-3 dogs. Once he was married, he had some cats and dogs. I have never seen him mistreat or not care for any animal. He has always appeared to be kind and loving to any animal that was around him when I observed him.

Ronnie, in my opinion had low self-esteem and sometimes lack of confidence that he coped with by being humorous and sometimes even with dark humor. As he went to high school, I believe he gained more confidence but still, though he would not let it show, had low self-esteem. He, academically, did very well in school and participated in band, plays and a musical. He was also voted in as class president. He went onto college and obtained his BS, Master's and then another Master's. Though he lived in Columbus and I in Monroe, MI, we saw each other at least 4 times a year (except during COVID).

I was very proud of Ronnie as a father, having the patience of Job with his boys. He devoted his life to their learning, well-being, and fun. He appeared to do whatever was necessary to maintain his household and take care of his wife and children. This I observed by his doing the household chores along with his husband duties for house repairs, lawn etc. He also did a lot of the cooking and laundry. He was very proud of his son's and was always talking about what they were doing and what they had accomplished, not in a bragging sense but a proud sense. He has worked hard to provide for his family through many hardships and financial crisis's. On occasions when we visited and went to church with him, he has many friends and has been involved with his church and based on the greetings I have seen was well respected.

I believe Ron holds things in and doesn't want to express his problems. I know about 3-4 years ago he was having marriage problems but he would only give me little side comments and would not open up, yet I know he was very bothered by whatever the situation with his wife. He appeared to just bury his problems deep down and would put his energy and attention on his kids and his job.

I was also proud of his as a teacher as I would see comments on his Facebook page with students thanking him for the extra help, thanking him for helping them understand something. The best ones were at the end of each school year where they would bring up something he did or taught and how thankful they were for making them understand or making a boring subject bearable. Based on the comments I read throughout the years he was admired and respected.

1

GROUP EXHIBIT A

I found it extremely difficult to believe his poor judgement in his present case but I also am glad that he admitted and cooperated instead of denying and fighting. We have talked several times and he is extremely remorseful and fully understands the ramifications of his actions and how it is going to affect him, possibly the rest of his life. He will never be able to be a teacher again. His wife has divorced him and is now living in Minnesota with his two boys, and he is already several months behind in child support due to his shoulder surgery and not being able to work.

Ronnie is a very caring person who does honestly care for people. He is smart, motivated and totally devoted to his children. While I cannot image what was going on his mind, I know he has learned a powerful lesson (based on our conversations) and how one error of judgement can take away everything you hold dear and affect the rest of your life.

Thank you for your time and understanding from a father.

Respectfully,

*Ronald S. Bedra*

Ronald S. Bedra
5000 Easy Street
Newport, MI. 48166

2

**GROUP EXHIBIT A**

August 22, 2024

To whom it may concern:

    I have known Ronald Bedra for twenty years. I consider him one of my greatest friends and write to provide a character reference.

    Throughout the time that I have known Mr. Bedra, I have spent many days, evenings, and mornings with him. I have traveled to numerous locations and taken several vacations with him and his family. I have found him to be kind, caring, funny, and compassionate. He is an incredible father to his children who clearly love him dearly.

    Before I relocated to Texas for work, when I would travel – professionally or personally - I routinely asked Mr. Bedra to watch my pets, which included a dog, cats, fish, and a lizard. They were lovingly and perfectly cared for each and every time. Further, Mr. Bedra frequently babysat my child from soon after he was born until I moved. I could not have asked for a better care provider.

    As an example of Mr. Bedra's compassion, after I moved to Texas, I had a personal tragedy that devastated me. I couldn't function. Knowing I was hurting, Mr. Bedra called me to check in and I broke down sobbing on my kitchen floor (I am not one to cry). Within a week, Mr. Bedra took time off work, purchased what I can only imagine was a wildly expensive plane ticket and came to Texas to spend a week with me and help "pick me up". It worked and I will be forever grateful.

    I cannot say enough to underscore the good that Mr. Bedra has inside him and how wonderful of a person that he is. I am an animal lover through and through. I know what Mr. Bedra has pled guilty to and I firmly believe that it does NOT reflect on his overall character in the least. He is a good person, an amazing father, and an incredible and supportive friend.

    Thank you for your time.

    // Nicholas J. Bryan

Nicholas J. Bryan
24803 Sandusky Dr.
Tomball, TX 77375

9/24/24

Dear Judge Sargus,

Hello. My name is Angela Waggoner. I am a friend of Mr. Ronald Bedra. I have known Mr. Bedra for a while. I know of him to be a very kind and caring person. I know of what he did. It is despicable and disturbing.

I am in no way trying to excuse his behavior, but that is not the Mr. Bedra that I know. The Mr. Bedra that I know would never do something so horrible. He has a good heart overall.

I know he will serve a sentence, but I'm asking the court for leniency in this matter. Mr. Bedra shows his remorse to friends when he speaks of what he did. He also attends therapy and takes medication. Thank you for your attention to this matter.

Sincerely,

Angela Waggoner