UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                    Case Number 2:24-cr-48
                                       Judge Edmund A. Sargus, Jr.

RONALD P. BEDRA,
    Defendant.

# Sentencing
# October 10, 2024
# before Judge Edmund A. Sargus, Jr.

For Plaintiff: Nicole Pakiz and Adam Cullman
For Defendant: Steven Nolder
Court Reporter: Crystal Hatchett
Courtroom Deputy: Christin Werner

The defendant is sentenced as follows:

54 months imprisonment on counts one and two to run concurrently.
3 years supervised release on counts one and two to run concurrently.
$200 special assessment.